KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

**FILED**

JUN - 8 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| XUEMEI MARIE HE,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,<br><br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services,<br><br>DAVID N. STILL, San Francisco District Director, U.S. Citizenship and Immigration Services,<br><br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>   Defendants. | No. C 06-2911 CRB<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant approval of plaintiff's application for naturalization and agree to adjudicate such

Stip to Dismiss
C 06-2911 CRB

application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: June 6, 2006  

Respectfully submitted,

KEVIN V. RYAN  
United States Attorney

/s/

ILA C. DEISS  
Assistant United States Attorney  
Attorneys for Defendants

Date: June 6, 2006  

see faxed signature  
XUEMEI MARIE HE  
*Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 7, 2006

CHARLES R. BREYER  
United States District Judge

Stip to Dismiss  
C 06-2911 CRB

1 | application within 30 days of the dismissal of this action.

2 | Each of the parties shall bear their own costs and fees.

3 | Date: June ____, 2006                     Respectfully submitted,

4 |                                            KEVIN V. RYAN
                                               United States Attorney

7 |                                            ILA C. DEISS
                                               Assistant United States Attorney
8 |                                            Attorneys for Defendants

11 | Date: June _6_, 2006                      XUEMEI MARIE HE
                                               *Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

18 | Date:
                                               CHARLES R. BREYER
                                               United States District Judge

Stip to Dismiss
C 06-2911 CRB

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

XUEMEI MARIE HE,

        Plaintiff,

v.

MICHAEL CHERTOFF et al,

        Defendant.
_____/

Case Number: CV06-02911 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xuemei Marie He
236 Park Lake Circle, Apt. B
Walnut CreeK, CA 94598

Dated: June 8, 2006

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk